UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:16-cr-122-TBR

UNITED STATES OF AMERICA                                                   PLAINTIFF

V                                               ORDER

EDDIE GARDILLAS (5)                                                         DEFENDANT

**IT IS ORDERED:**

Pursuant to the AGREED ORDER as to Defendant, Eddie Gardillas, the <u>telephonic further proceedings</u> set on January 29, 2018, is CANCELLED, pending further orders from the Court.


cc:    Counsel
       AUSA